# EXHIBIT 4

# Nicole L. Solomon

| | |
|---|---|
| **From:** | Reza Esfahani |
| **Sent:** | Thursday, September 25, 2025 10:13 AM |
| **To:** | Gartman, Christopher J. |
| **Cc:** | Guikema, Marchall A.; Christopher Mcmahon; John S. LeRoy; Bogren, Charles; Pieti, Anthony; Sherry Hall |
| **Subject:** | RE: CASE 01-24-0003-0306 - SmithGroup vs. Mary Free Bed Rehabilitation Hospital and Pure Architecture and Development, PLLC d/b/a Pure Architects |

Chris,

Based on your assertion below on behalf of your client, Enviah P.C., that "Enviah has not consented to arbitration and does not currently intend to do so," SmithGroup will proceed to file a complaint in the Western District of Michigan against Enviah for copyright infringement.

Best Regards,
Reza
**Reza Roghani Esfahani**
Shareholder
D: 248.226.2870  |  M: 734.262.5097
resfahani@brookskushman.com
LinkedIn  |  Bio

**BROOKS**

Brooks Kushman P.C.
150 W Second St., Suite 400N
Royal Oak, MI 48067

Brookskushman.com

**FUELED BY RELATIONSHIPS**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

---

**From:** Gartman, Christopher J. <Gartman@millercanfield.com>
**Sent:** Tuesday, September 23, 2025 4:19 PM
**To:** Reza Esfahani <resfahani@brookskushman.com>
**Cc:** Guikema, Marchall A. <guikema@millercanfield.com>; Christopher Mcmahon <cmcmahon@sullivanwardlaw.com>; John S. LeRoy <jleroy@brookskushman.com>; Bogren, Charles <cbogren@plunkettcooney.com>; Pieti, Anthony <apieti@plunkettcooney.com>; Sherry Hall <shall@sullivanwardlaw.com>
**Subject:** RE: CASE 01-24-0003-0306 - SmithGroup vs. Mary Free Bed Rehabilitation Hospital and Pure Architecture and Development, PLLC d/b/a Pure Architects

Reza,

1

Thank you for clarifying the purpose of your correspondence. While we appreciate your compliance with the rules applicable to your proceeding, Enviah has not consented to arbitration and does not currently intend to do so.

MCL 691.1683 provides that that while the Uniform Arbitration Act governs "an agreement to arbitrate whenever made," a party is only subject to its provisions where such an agreement to arbitrate was in fact made. While there may be an agreement to arbitrate amongst the parties already participating in the arbitration process, Enviah has not entered into any such agreement.

MCR 3.602(B)(2) provides that "[o]n motion of a party showing an agreement to arbitrate and the opposing party's refusal to arbitrate, the court may order the parties to proceed with arbitration and to take other steps necessary to carry out the arbitration agreement." Accordingly, any effort to require Enviah to participate in arbitration would require a showing that some agreement to arbitrate exists to which Enviah is a party. MCR 3.602(B)(3) further provides that "the court may stay an arbitration proceeding commenced or threatened on a showing that there is no agreement to arbitrate." To the extent that you intend to require Enviah to participate in your arbitration proceeding despite its lack of consent, Enviah may elect to seek court intervention.

You may contact me if you have any questions or if you would like to discuss this matter further.

Regards,
Chris

---

Christopher J. Gartman | Principal
**Miller Canfield**
T: +1.616.776.6339 | F: +1.616.776.6322 | M: +1.616.340.9246

---



From: Reza Esfahani <resfahani@brookskushman.com>
Sent: Monday, September 22, 2025 8:49 PM
To: Gartman, Christopher J. <Gartman@millercanfield.com>
Cc: Guikema, Marchall A. <guikema@millercanfield.com>; Christopher Mcmahon <cmcmahon@sullivanwardlaw.com>; John S. LeRoy <jleroy@brookskushman.com>; Bogren, Charles <cbogren@plunkettcooney.com>; Pieti, Anthony <apieti@plunkettcooney.com>; Sherry Hall <shall@sullivanwardlaw.com>
Subject: RE: CASE 01-24-0003-0306 - SmithGroup vs. Mary Free Bed Rehabilitation Hospital and Pure Architecture and Development, PLLC d/b/a Pure Architects

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Hi Chris,

Under Rule 7 of the Construction Industry Arbitration Rules and Mediation Procedures, "[t]o request joinder of parties, the requesting party must file with the AAA a written request to join parties . . . and shall provide a copy to all parties and potential parties." Thus, we included you on the email to provide Enviah with a copy of SmithGroup's filing as you represent them in connection with the subpoena and production of documents. In other words, our email was not meant to be an attempt to serve, but instead a notice of SmithGroup's filing. Please let us know if you want us to send a copy to anyone else. Thanks.

Best Regards,
Reza
**Reza Roghani Esfahani**
Shareholder
D: 248.226.2870  |  M: 734.262.5097
resfahani@brookskushman.com
LinkedIn  |  Bio

**BROOKS**

Brooks Kushman P.C.
150 W Second St., Suite 400N
Royal Oak, MI 48067

Brookskushman.com

**FUELED BY RELATIONSHIPS**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

---

**From:** Gartman, Christopher J. <Gartman@millercanfield.com>
**Sent:** Monday, September 22, 2025 3:26 PM
**To:** Reza Esfahani <resfahani@brookskushman.com>
**Cc:** Guikema, Marchall A. <guikema@millercanfield.com>; Christopher Mcmahon <cmcmahon@sullivanwardlaw.com>; John S. LeRoy <jleroy@brookskushman.com>; Bogren, Charles <cbogren@plunkettcooney.com>; Pieti, Anthony <apieti@plunkettcooney.com>; Sherry Hall <shall@sullivanwardlaw.com>
**Subject:** RE: CASE 01-24-0003-0306 - SmithGroup vs. Mary Free Bed Rehabilitation Hospital and Pure Architecture and Development, PLLC d/b/a Pure Architects

Good Evening,

It's unclear whether you intend for my inclusion on this email to be service upon Enviah, P.C. Please note that I am not authorized to accept service on behalf of Enviah, P.C. and any attempted service to my attention is ineffective.

Best,
Chris

---

Christopher J. Gartman | Principal
**Miller Canfield**
**T**: +1.616.776.6339 | **F**: +1.616.776.6322 | **M**: +1.616.340.9246

---



**From:** Reza Esfahani <resfahani@brookskushman.com>
**Sent:** Friday, September 19, 2025 1:20 PM
**To:** Gartman, Christopher J. <Gartman@millercanfield.com>
**Cc:** Guikema, Marchall A. <guikema@millercanfield.com>; Christopher Mcmahon <cmcmahon@sullivanwardlaw.com>; John S. LeRoy <jleroy@brookskushman.com>; Bogren, Charles <cbogren@plunkettcooney.com>; Pieti, Anthony <apieti@plunkettcooney.com>; Sherry Hall <shall@sullivanwardlaw.com>
**Subject:** FW: CASE 01-24-0003-0306 - SmithGroup vs. Mary Free Bed Rehabilitation Hospital and Pure Architecture and Development, PLLC d/b/a Pure Architects

**Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Hi Chris,

Attached please find SmithGroup's Motion for Joinder of Enviah as Respondent in the above-referenced arbitration, which was filed today.

Best Regards,
Reza

**Reza Roghani Esfahani**
Shareholder
D: 248.226.2870 | M: 734.262.5097
resfahani@brookskushman.com
LinkedIn | Bio

**BROOKS**

Brooks Kushman P.C.
150 W Second St., Suite 400N
Royal Oak, MI 48067

Brookskushman.com

**FUELED BY RELATIONSHIPS**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Sherry Hall <SHall@sullivanwardlaw.com>
**Sent:** Friday, September 19, 2025 12:30 PM
**To:** TheresaYeaw@adr.org
**Cc:** Bogren, Charles <cbogren@plunkettcooney.com>; Pieti, Anthony <apieti@plunkettcooney.com>; John S. LeRoy <jleroy@brookskushman.com>; Reza Esfahani <resfahani@brookskushman.com>; Christopher Mcmahon <CMcmahon@sullivanwardlaw.com>
**Subject:** CASE 01-24-0003-0306 - SmithGroup vs. Mary Free Bed Rehabilitation Hospital and Pure Architecture and Development, PLLC d/b/a Pure Architects

Dear Ms. Yeaw:

Attached for filing and consideration in this matter please find SmithGroup, Inc.'s Motion for Joinder of Non-Party Enviah, P.C. along with Exhibit 1-15.  Please advise if this matter will be set for hearing.  Via cc of this email, all parties to this arbitration have been served.

If you have any questions, please feel free to contact the undersigned.

Regards,

*Sherry Hall*
*Assistant to Christopher B. McMahon*



400 Galleria Officecentre | Suite 500 | Southfield | MI 48034
shall@sullivanwardlaw.com | www.sullivanwardlaw.com
O: 248.746.0700 Ext. 4786| F: 248.746.2760

CONFIDENTIALITY NOTE: This electronic message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521, and contains information from the law firm of Sullivan, Ward, Patton, Gleeson & Felty, P.C. which may be confidential, legally privileged or otherwise protected from disclosure. This information is intended for the use of the addressee only. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, printing or any other use of, or any action in reliance on, the contents of this electronic message is strictly prohibited. If you have received this communication in error, please notify us by Telephone at (248) 746-0700 and destroy the original message.

NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION: Disclosure Under Treasury Circular 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.

ELECTRONIC SIGNATURE: Nothing contained in this communication is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

You have received a message from the law firm Miller Canfield.  The information contained in or attached to this electronic mail may be privileged and/or confidential. If you received this transmission and are not the intended recipient, you should not read this message and are hereby notified that any dissemination, distribution or copying of this communication and/or its attachments is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and delete or destroy the original and any copies, electronic, paper or otherwise, that you may have of this communication and any attachments.